UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angel Berrios,<br>Individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br>-v-<br><br>Highline Building Services, LLC, and<br>Strategic Outsourcing, Inc.,<br><br>         Defendants. | Civ. Action #: 17-CV-10233<br>(GHW)(KHP)<br><br>**STIPULATION OF**<br>**DISCONTINUANCE WITH**<br>**PREJUDICE** |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties in this action, that this action having been settled by the parties and the settlement having been approved by the Court, and whereas, no party hereto is an incompetent, this action is hereby discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") including to FRCP 41(a)(1)(A)(ii).

  **IT IS FURTHER STIPULATED AND AGREED**, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

Dated: Queens Village, New York
   March 21, 2019

Abdul Hassan Law Group, PLLC
Attorneys for Plaintiff

By: *Abdul Hassan*
Abdul K. Hassan, Esq. (AH6510)
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000

Fisher & Phillips LLP
*Attorneys for Defendant Strategic Outsourcing, Inc.*

By: _____ 3/21/19
David E. Strand
430 Mountain Ave., Suite 303
Murray Hill, NJ 07974
Tel: 908-516-1050
Fax: 908-516-1051

Wilk Auslander LLP
*Attorneys for Defendant Highline Building Services, LLC*

By: _____
Helen A. Rella
Wilk Auslander LLP
1515 Broadway, 43rd Floor

New York, New York 10036
Tel: 212-981-2300
Fax: 212-752-6380
Email: hrella@wilkauslander.com

So Ordered: _____, U.S.D.J.